PER CURIAM.
Affirmed. Sayih v. Perlmutter, 561 So.2d 309 (Fla. 3d DCA) review denied, 576 So.2d 290 (Fla.1990); Mehler v. Huston, 57 So.2d 836 (Fla.1952); Strong & Trowbridge Co. v. H. Baars Co., 60 Fla. 253, 54 So. 92 (Fla.1910); Mid-State Federal Sav. Bank v. Mktg. and Management Assocs., Inc., 570 So.2d 1016 (Fla. 5th DCA 1990), review denied, 581 So.2d 1309 (Fla.1991); Club Eden Roc, Inc. v. Tripmasters, Inc., 471 So.2d 1322 (Fla. 3d DCA 1985), review denied, 482 So.2d 350 (Fla.1986); Allington Towers North, Inc. v. Rubin, 400 So.2d 86 (Fla. 4th DCA 1981); *73 Bay Club, Inc. v. Brickell Bay Club, Inc., 293 So.2d 137 (Fla. 3d DCA 1974); Hart v. Freeman & Sons, Inc., 226 So.2d 708 (Fla. 3d DCA 1969).